**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| NESTOR COREA LOPEZ, | ) | CASE NO. 4:26-cv-1163 |
| | ) | |
| Petitioner, | ) | JUDGE CHARLES E. FLEMING |
| | ) | |
| v. | ) | MAGISTRATE JUDGE JENNIFER |
| | ) | DOWDELL ARMSTRONG |
| ACTING U.S. ATTORNEY GENERAL, *et* | ) | |
| *al.*, | ) | **ORDER ADOPTING MAGISTRATE** |
| | ) | **JUDGE'S REPORT AND** |
| Respondents. | ) | **RECOMMENDATION** |
| | ) | |

Petitioner Nestor Corea Lopez is a Nicaraguan national who was paroled into the United States in or around September 2022.  (ECF No. 1, PageID #3; ECF Nos. 1-5, 6-1).  On April 28, 2026, Petitioner was arrested by Immigration and Customs Enforcement ("ICE") officers, he was transported to the ICE Cleveland Office, and the Department of Homeland Security ("DHS") served him with a notice to appear for removal proceedings.  (ECF Nos. 6-1, 6-2, 6-3).  On May 19, 2026, Petitioner filed a Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 ("Petition") asking the Court, in part, to: (i) declare Petitioner's detention unlawful; (ii) order Petitioner's immediate release; and (iii) enjoin Respondents from re-detaining Petitioner absent lawfully statutory authority and adequate due process.  (ECF No. 1, PageID #7).  The Petition names Acting Attorney General Todd Blanche, DHS Secretary Markwayne Mullin, Acting Director of ICE Todd M. Lyons, and ICE Field Director of Detroit, Michigan Robert Lynch as respondents.  (*Id.* at PageID #3).

On May 21, 2026, the Court referred the Petition to Magistrate Judge Jennifer Armstrong for the preparation of an expedited Report and Recommendation ("R&R").  (ECF No. 3).  After briefing, the Magistrate Judge issued an R&R recommending that the Court: (i) partially grant the

1

Petition and order Respondents to provide Petitioner with a bond hearing within seven business days, or to immediately release him if they fail to do so; (ii) deny and/or dismiss the Petition in all other respects;  (iii) dismiss Acting Attorney General Todd Blanche, Secretary Markwayne Mullin, and Acting Director Todd M. Lyons as respondents; and (iv) deny as moot Petitioner's motion to expedite consideration of his petition.  (ECF No. 9, PageID #77).

Fed. R. Civ. P. 72(b)(2) provides that the parties may object to an R&R within fourteen (14) days after service.    The R&R gave the parties notice of the 14-day time limit for filing objections.  (*Id.* at PageID #78–79).  As of this Order, no objections have been filed.

Under the Federal Magistrates Act, a district court must conduct a *de novo* review of those portions of the R&R to which the parties have objected.  28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b)(3).  Absent objection, a district court may adopt an R&R without further review.  *Thomas v. Arn*, 474 U.S. 140, 149 (1985).

There being no objections, the Court **ADOPTS** Magistrate Judge Armstrong's R&R (ECF No. 9) and incorporates it fully herein by reference.  The Petition (ECF No. 1) is **GRANTED IN PART** as follows:

(1) Respondents are **ORDERED** to hold a hearing no more than **SEVEN BUSINESS DAYS** after the filing of this Order to determine whether Petitioner is entitled to discretionary bond under §1226(a) and consistent with this Order;

(2) Respondents are further **ORDERED** to **IMMEDIATELY RELEASE** petitioner if they fail to provide the bond hearing as ordered above;

(3) Acting Attorney General Todd Blanche, Secretary Markwayne Mullin, and Acting Director Todd M. Lyons are **DISMISSED** as respondents;

(4) The Petition is otherwise **DENIED/DISMISSED** in all other respects; and

(5) Petitioner's motion to expedite consideration of his petition is **DENIED AS MOOT**.

   **IT IS SO ORDERED.**

Date: July 8, 2026

_____

**CHARLES E. FLEMING**
**U.S. DISTRICT COURT JUDGE**

3